# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2023

The Honorable Andrew E. Krause
Magistrate Judge
300 Quarropas Street
White Plains, New York  10601

      Re:    United States v. Jean Andrew Bontiffe
                23 Mag. 7074

Dear Honorable Krause,

    I am writing to request a one-week extension to fulfil the Court's bond requirement in the above referenced case.  As I am sure Your Honor recalls, on November 3, 2023, Mr. Bontiffe was arrested in Mamaroneck pursuant to an arrest warrant out of Massachusetts.  Following a bail hearing, Mr. Bontiffe was released pursuant to an unsecured $10,000 bond.  Under the terms of Mr. Bontiffe's release, he must have a financially responsible cosigner sign the bond by November 13, 2023.  While we are still trying to meet that deadline, we will likely need additional time.  Thus, I am asking for an additional week – specifically, I ask that Mr. Bontiffe be given until November 20, 2023 to secure a co-signer.

    I have spoken to AUSA Timothy Ly and Mr. Ly informed me that the Government does not object to this request for a one-week extension.  Additionally, the Court should know that Mr. Bontiffe reported to Pretrial on November 6, 2023, as he had been instructed after his initial appearance in front of Your Honor on November 3, 2023.  Additionally, Mr. Bontiffe has been in regular communication with me and he has made plans to appear, via zoom from my office, for a court appearance in Massachusetts that has been scheduled for November 14, 2023.

    Thank you for your consideration.

Sincerely,

Benjamin Gold
Assistant Federal Defender

**APPLICATION GRANTED.**

Dated: November 13, 2023

**SO ORDERED.**

*/s/ Andrew Krause*

ANDREW E. KRAUSE
United States Magistrate Judge