UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                 :

UNITED STATES OF AMERICA

                                 :    7:23-mj-07074-01

    -against-                      :    ORDER
                                 :

Jean Andre Bontiffe

                                 :

        Defendant

                                 :
------------------------------------X

Victoria Reznik, United States Magistrate Judge:

It is hereby **ORDERED** that the defendant, Jean Andre Bontiffe

(SSN ███-██-███), participate and successfully complete long

term inpatient substance abuse treatment services at Samaritan-

Daytop Village in New York State beginning on 3/5/2024.


Dated: White Plains, New York
March __5__, 2024


                            SO ORDERED:



                            _____
                            Victoria Reznik
                            United States Magistrate Judge