# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No.   23 Mag. 7074

Date   March 14, 2023

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

Complaint    ✔ Removal Proceedings in   X

*United States v. Jean Bontiffe*

The Complaint/Rule 40 Affidavit was filed on

*U.S. Marshals please withdraw warrant*

DAVID MARKEWITZ  Digitally signed by DAVID MARKEWITZ
Date: 2024.03.14 14:19:26 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 3-15-2024

UNITED STATES MAGISTRATE JUDGE